LAW OFFICES OF
**REINER, SLAUGHTER,
McCARTNEY & FRANKEL LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Terrence E. McCartney, State Bar No. 319882
April K. Stratte, State Bar No. 290423
Kathryn C. Llaurado, State Bar No. 313609

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

DWAYNE HASKINS,

    Plaintiff,

vs.

UNITED INDUSTRIES CORPORATION;
SPECTRUM GROUP, DIVISION OF
  UNITED INDUSTRIES
  CORPORATION;
SPECTRUM BRANDS, INC.;
THE HOME DEPOT;
and DOES 1 through 100, inclusive,

    Defendants.

_____/

**Case No. 2:17-CV-00657-TLN-CMK**

**ORDER TO EXTEND DEADLINES IN COURT'S PRETRIAL SCHEDULING ORDER**

    For good cause shown, the parties' Joint Stipulation to Extend Deadlines is hereby GRANTED.

    The discovery deadline of April 13, 2018 is extended to June 12, 2018.

    The disclosure of expert witnesses' deadline of June 14, 2018 is extended to August 13, 2018.

The deadline for all dispositive motions to be heard no later than October 18, 2018 is extended to December 06, 2018.

All other deadlines and dates previously scheduled in this case shall remain unchanged.

Dated: March 14, 2018

Troy L. Nunley
United States District Judge